1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5

6  Counsel for Defendant VELASCO-SANTIAGO

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | ) | No. CR 08-0849 MMC
   |                          | ) |
12 |         Plaintiff,       | ) | **STIPULATION AND [PROPOSED]**
   |                          | ) | **ORDER EXCLUDING TIME UNDER**
13 |         v.               | ) | **THE SPEEDY TRIAL ACT**
   |                          | ) |
14 | MARCOS VELASCO-SANTIAGO, | ) |
   |                          | ) |
15 |         Defendant.       | ) |
   |_____| ) |
16

17         Defendant and the government, through their respective counsel, hereby stipulate and

18 jointly request that the time from January 7, 2009, to January 16, 2009, be excluded under the

19 Speedy Trial Act, 18 U.S.C. § 3161 (h)(8)(B)(iv), on the grounds that the interest of justice

20 requires continuity of counsel.  Defense counsel will be out of the office on leave on the date

21 presently set.  Accordingly, the parties agree to and request that the hearing be continued until

22 January 16, 2009, at 2:00 p.m. and time should be excluded from the Speedy Trial Act

23 calculation for the week that defense counsel is unavailable.

24 //

25 //

26

Stipulation and [Proposed] Order Excl. Time
*U.S. v. Velasco-Santiago;* CR 08-0849 MMC          1

1     IT IS SO STIPULATED.

3 Dated:    December 29, 2008             _____/s/_____
                                                                     RONALD C. TYLER
4                                                                      Assistant Federal Public Defender

5 Dated:    December 29, 2008             _____/s/_____
                                                                     ERIKA R. FRICK
6                                                                      Assistant United States Attorney

8     **IT IS SO ORDERED.** Specifically, the Status Conference currently scheduled for January 7, 2009 is continued to January 16, 2009 at 2:00 p.m., and, for the reasons stated by the parties, the time from January 7, 2009 to January 16, 2009 is hereby excluded under the Speedy Trial Act.

11 Dated: December 30, 2008                                _____
                                                                     THE HONORABLE MAXINE M. CHESNEY
12                                                                      UNITED STATES DISTRICT COURT JUDGE