1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant VELASCO-SANTIAGO

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            ) | No. CR 08-0849 MMC
                                          )
12 |         Plaintiff,                   ) | **STIPULATION AND [PROPOSED]**
                                          ) | **ORDER TO CONTINUE HEARING**
13 |    v.                                ) | **AND EXCLUDE TIME**
                                          )
14 | MARCOS VELASCO-SANTIAGO,             )
                                          )
15 |         Defendant.                   )
                                          )
16

17                              **STIPULATION**

18     The parties appeared before this Court for a status appearance in the above-captioned

19  case on March 18, 2009. At that time, this Court set a further appearance for Wednesday, April

20  8, 2009, at 2:30 p.m. Defense counsel indicated that the defendant would enter a plea at that

21  time.

22     With the agreement of the parties, and with the consent of the defendant, the parties now

23  request that this Court continue that appearance until May 6, 2009. The continuance is necessary

24  so that defense counsel will have additional time to develop evidence of mitigation regarding his

25  client as an aid to negotiations. The defendant consents to an exclusion of time under the Speedy

26  STIPULATION TO CONTINUE HEARING
    AND EXCLUDE TIME;
    *U.S. v. Marcos Velasco-Santiago*
    CR 08-0849 MMC                              1

1  Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from April 8 to May 6, 2009.  The parties agree

2  that such exclusion is appropriate based on the need for effective preparation of counsel.

3       IT IS SO STIPULATED.

4   DATED: __April 6, 2009_____          ____/s/_____

5                                          ERIKA R. FRICK
6                                          Assistant United States Attorney

7   DATED: ___April 6, 2009_____         ____/s/_____

8                                          RONALD C. TYLER
                                           Attorney for Marcos Velasco-Santiago
9

10              ~~[PROPOSED]~~ ORDER

11       With the agreement of the parties, and with the consent of the defendant, the Court enters

The continuance is to May 13, 2009

12  this order continuing the change of plea hearing in this case from April 8, 2009, ~~to May 6, 2009~~

    excludes
13  and ~~excluding~~ time based on effective preparation of counsel from April 8 to May 6, 2009,

                                                    (7)
14  pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(~~8~~)(A) & (B)(iv).

15       **IT IS SO ORDERED.**

16

17

18  DATED: __April 7, 2009_____    _____[signature]_____
                                          THE HONORABLE MAXINE M. CHESNEY
19                                        United States District Court Judge

STIPULATION TO CONTINUE HEARING
AND EXCLUDE TIME;
*U.S. v. Marcos Velasco-Santiago*
CR 08-0849 MMC                            2